UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDY R. SMITH-LARSON,<br><br>          Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration,<br><br>          Defendant. | CASE NO.   C04-5851RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of J. KELLEY ARNOLD, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Matter is REMANDED for further administrative action before a different Administrative Law Judge; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. KELLEY ARNOLD.

DATED this 11th day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1